822

No. 965. SHIMADZU ET AL. *v.* ELECTRIC STORAGE BATTERY CO. March 30, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Geo. Whitefield Betts, Jr.* and *George Yamaoka* for petitioners. *Messrs. Hugh M. Morris, A. B. Stoughton,* and *Alexander L. Nichols* for respondent.

No. 969. SONKEN-GALAMBA CORP. ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. March 30, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William C. Boatright, Harry L. Jacobs,* and *Bernard L. Glover* for petitioners. *Messrs. Cyrus Crane, Geo. J. Mersereau, Dean Wood, R. S. Outlaw, Robert G. Payne, C. S. Burg, Hobert Price,* and *E. A. Neel* for respondents.

No. 1020. ANTHONY ET AL. *v.* UNITED STATES TRUST CO. March 30, 1942. Petition for writ of certiorari to the Surrogate's Court, New York County, New York, denied. *Mr. Eli J. Blair* for petitioners. *Messrs. George L. Shearer* and *McCready Sykes* for respondent.

Nos. 693 and 694. COVINGTON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. March 30, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Donald A. Callahan* for petitioners. *Mr. Warner W. Gardner* for respondent.

No. 907. CITIZENS NATIONAL BANK *v.* COMMISSIONER OF INTERNAL REVENUE. March 30, 1942. Petition for